1

2

3

4

5

6                             UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
7                                        AT SEATTLE

8    _____
                                             )
9    CARIE FRANCISCO,                         )
                                             )        No. C06-885RSL
10                          Plaintiff,        )
          v.                                  )
11                                            )        AMENDED ORDER OF DISMISSAL
     UNITED STATES SEAFOODS, LLC, *et al.*,   )
12                                            )
                            Defendants.       )
13   _____)

14        This matter comes before the Court on the Court's October 23, 2007 Order of Dismissal

15   (Dkt. #64) and the stipulated motion to correct the Order of Dismissal (Dkt. #65).  In the

16   stipulated motion, "Plaintiff requests the correction of the Order of Dismissal (Dkt. #64) entered

17   10/23/07 to reflect that the action against defendant Jason A. Jack-Nelson has not been settled

18   and should not be dismissed.  Claims against defendants United States Seafoods, LLC; Ocean

19   Alaska, LLC; Seafreeze Alaska LP; and F/T Seafreeze Alaska, ON 517242, have been settled

20   and should remain dismissed."   See Dkt. #65 at 1.  Defendants United States Seafoods, LLC;

21   Ocean Alaska, LLC; and Seafreeze Alaska LP do not object correction to the Order of

22   Dismissal.  Id. at 2.

23        Accordingly, the Clerk of Court is directed to reopen and return this case to the Court's

24   active caseload.  The Court also hereby AMENDS the Order of Dismissal (Dkt. #64) as follows:

25        1.  Plaintiff's claims against defendant Jason A. Jack-Nelson have not been settled.

26   Therefore, the Court VACATES the Order of Dismissal with respect to plaintiff's claims against

AMENDED ORDER OF DISMISSAL

1  defendant Jason A. Jack-Nelson and plaintiff's Motion for Default (Dkt. #54) against defendant

2  Jack-Nelson remains pending.

3         2.  Plaintiff's claims against defendants United States Seafoods, LLC; Ocean Alaska,

4  LLC; and Seafreeze Alaska LP are hereby DISMISSED.  This dismissal shall be without

5  prejudice to the right of any party upon good cause shown within sixty (60) days hereof to

6  reopen this cause if the reported settlement is not consummated.

7         3.  Plaintiff's motion for extension (Dkt. #58), Motions to Compel (Dkt. #56, #59, #60,

8  #61,  #62), and Motion for Sanctions (Dkt. #63) are DISMISSED AS MOOT.

9
       DATED this 2nd day of November, 2007.
10

11
                                        _Mnr S Lasnik_
12                                      Robert S. Lasnik
                                        United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

AMENDED ORDER OF DISMISSAL                    -2-